UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 01-1722 (PAM/SRN)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>PREMISES KNOWN AS 4725 OXBOROUGH LANE, BLOOMINGTON, MINNESOTA, HENNEPIN COUNTY, WITH ALL BUILDINGS, FIXTURES, IMPROVEMENTS AND APPURTENANCES THERETO,<br><br>DEFENDANT. | ) | WRIT OF ENTRY |

The United States having filed a verified Complaint for Forfeiture In Rem with supporting Affidavit against the defendant real property, together with its buildings, improvements, fixtures, and appurtenances thereto, located at 4725 Oxborough Lane, Bloomington, Minnesota, Hennepin County, and legally described as: Lot 6, Block 3, Southwood Terrace 3rd Addition; and

The United States, having stated that it will not seize the defendant real property at this time but will post notice of the Complaint for Forfeiture In Rem on the defendant real property and will serve notice of this action and a copy of the Complaint on the owners of the defendant real property under 18 U.S.C. § 985(c)(1) and (3); and

The United States having requested that the Court issue a Writ of Entry as provided in 18 U.S.C. § 985(b)(2) and 18 U.S.C. § 983(j) authorizing it to enter the defendant real property,



FILED SEP 26 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

including any structures, for the purpose of conducting an inspection and inventory of the defendant real property and, as provided for in 19 U.S.C. § 1606, to conduct an appraisal;

IT IS HEREBY ORDERED that the United States Marshals Service or its designee, is authorized:

1. to enter the defendant real property, including any structures, on one or more occasions during the pendency of this forfeiture action for the purpose of conducting an inspection and inventory and appraisal of the defendant real property; and

2. to be accompanied on any such occasion by any appraiser(s) selected by it for the purpose of appraising the condition and value of the defendant real property pursuant to 19 U.S.C. § 1606, which appraisal may include, among other means, still and video photography; and

3. to be accompanied on any such occasion by any government and contract personnel selected by it for the purpose of conducting an inspection and inventory of the defendant real property, which inspection and inventory may include, among other means, still and video photography; and

4. to be accompanied on any such occasion by any federal, state and local law enforcement officers selected by it to ensure the safety of personnel acting under this Writ of Entry.

Any interference with anyone acting under the authority of this Writ of Entry shall be deemed a violation of a Court Order and

may be punished as contempt, as a violation of 18 U.S.C. § 2232 prohibiting the impairment of in rem jurisdiction, or otherwise provided by law.

Dated: September 26, 2001

SUSAN R. NELSON
United States Magistrate Judge